

IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Robin Gowers

    Plaintiff,

v.

Caine & Weiner Company Inc

    Defendant.

CIVIL ACTION FILE NO.
1:21–cv-3199-JPB-LTW

Notice to all I am stating that I am the following: Consumer, Natural Person, Original Creditor, Lender, Executor, Administrator, the holder in due course for any and all derivatives thereof for the surname/given name Gowers-Consumer. I have been appointed and accept being the Executor both public and private for all matters proceeding. I hereby claim that I will d/b/a CONSUMER Gowers and autograph as the agent attorney in fact, so be it. I am not the Trustee of the all caps name listed in the legal documents of this case.

1. **CAUSE OF ACTION**
   Cite the U.S. Civil Statue under which you are filing: 15 USC 1692k
   Brief description of cause: Violation of my Consumer Rights

Pursuant to 15 USC 1602(e)(g)(1) I am the natural person and the original creditor. The term "**person**" means a natural **person**,  As the original creditor, The term "**creditor**" refers only to a **person** who both (1) regularly extends, I regularly extend, whether in connection with loans, sales of property or services, or otherwise, consumer credit which is payable by agreement in more than four installments or for which the payment of a finance charge is or may be required.

Per the courts observation the Complaint is word-for-word identical due to the debt collector(s) committed many of the same violations against my Consumer Rights under the FDCPA, FCRA, TILA and ECOA. The cases are connect as Pod's Enterprises, Inc sold/assigned the account to Caine & Weiner Company Inc.

## COMPLAINT

Caine & Weiner Company are in violation of my rights as a natural person and consumer pursuant to 15 U.S. Code § 1601(a)(I) - Congressional findings and declaration of purpose

(a) INFORMED USE OF CREDIT
The Congress finds that economic stabilization would be enhanced and the competition among the various financial institutions and other firms engaged in the extension of consumer credit would be strengthened by the informed use of credit.

Caine & Weiner Company, are in violation of my rights as a natural person and consumer pursuant to 15 U.S. Code § 1692 - Congressional findings and declaration of purpose
(d) INTERSTATE COMMERCE
Abusive debt collection practices are carried on to a substantial extent in interstate commerce and through means and instrumentalities of such commerce. Even where abusive debt collection practices are purely intrastate in character, they nevertheless directly affect interstate commerce.

debt

(5) The term "debt" means any obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance, or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment.

*As reflected in my documentary evidence, it's apparent that the 3rd party debt collectors and the original debt collectors were advertising on my Consumer Credit Report to cause pursuant to   15 U.S. Code § 1681m - Requirements on users of consumer reports adverse action(1) Actions included .— The term "adverse action"— (A) has the same meaning as in section 1691(d)(6) of this title ; and (B) means— (i) a denial or cancellation of, an increase in any charge for, or a reduction or other adverse or unfavorable change in the terms of coverage or amount of, any insurance, existing or applied for, in connection with the underwriting of insurance; (ii) a denial of employment or any other decision for employment purposes that adversely affects any current or prospective employee; (iii) a denial or cancellation of, an increase in any charge for, or any other adverse or unfavorable change in the terms of, any license or benefit described in section 1681b(a)(3)(D) of this title ; and (iv) an action taken or determination that is— (I) made in connection with an application that was made by, or a transaction that was initiated by, any consumer, or in connection with a review of an account under section 1681b(a)(3)(F)(ii) of this title ; and (II) adverse to the interests of the consumer.

Caine & Weiner Company are in violation of my rights as a natural person and consumer pursuant to 15 U.S. Code § 1692f.Unfair practices- A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:
(8)
Using any language or symbol, other than the debt collector's address, on any envelope when communicating with a consumer by use of the mails or by telegram, except that a debt collector may use his business name if such name does not indicate that he is in the debt collection business.

*As shown within my documentary evidence, the debt collector(s) are in clear violation of the Consumer Laws mentioned in the previous paragraph. Shown on their statements logo's are present, harassment of them collectively reporting derogatory information, which in turned damaged my reputation, my character, my credit worthiness, my credit standing. The repeated injuries I have suffered include denials when I attempt to extend my credit, higher interest rates, embarrassment among my peers, defamation of character.

Caine & Weiner Company, are in violation of my rights as a natural person and consumer pursuant to 15 U.S. Code § 1681a - Definitions; rules of construction

Caine & Weiner Company are in violation of my rights as a natural person and consumer. Pursuant to 15 U.S. Code § 1681s–2 - Responsibilities of furnishers of information to consumer reporting agencies
(a)DUTY OF FURNISHERS OF INFORMATION TO PROVIDE ACCURATE INFORMATION
(1)PROHIBITION
(A)Reporting information with actual knowledge of errors
A person shall not furnish any information relating to a consumer to any consumer reporting agency if the person knows or has reasonable cause to believe that the information is inaccurate.

*The above mentioned debt collector(s) knew or should have known that reporting my private medical information, sharing my private medical information, soliciting my private confidential medical information for sale, profit and or attempt to coerce payment was an violation of my consumer rights.

2. **PARTIES**

   Plaintiff, Robin Gowers-Natural Person and Consumer, resides at address:2385 Surrey Trail, College Park, GA 30349, (Telephone Number) 404-642-9484

   Defendant(s), Caine And Weiner Company Inc. 5805 Sepulveda Blvd, Sherman Oaks, CA 91411

3. **RELIEF:** Briefly state exactly what you want the court to do for you.

Pursuant to 15 U.S. Code § 1692k - Civil liability I am seeking remedy for injuries and damages

(a) AMOUNT OF DAMAGES Except as otherwise provided by this section, any debt collector who fails to comply with any provision of this subchapter with respect to any person is liable to such person in an amount equal to the sum of—
(1)
any actual damage sustained by such person as a result of such failure;
(2)
(A)
in the case of any action by an individual, such additional damages as the court may allow, but not exceeding $1,000; or

*Pursuant to 15 USC 1692k Civil Liability, as a natural person, original creditor and consumer. Being aware of my rights to enforce, I am seeking a remedy of judgment as the injured party due to the flagrant violations of my consumer rights under FDCPA, FCRA, ECOA,TILA. I'm seeking a judgment in the amount of $7,000.00 to be paid by Cashier Check payable to me within 10 days of the judgment being granted.

Signed this 10 (day) of 09 (month), 2021 (year).

*Robin Gowers-Consumer*
Signature of Plaintiff(s)

**Date Reported: Jan 22, 2021**

| | | | |
|---|---|---|---|
| **Collection Agency** | CAINE & WEINER COMPANY INC | **Balance Date** | Jan 22, 2021 |
| **Original Creditor Name** | PODS | **Account Designator Code** | INDIVIDUAL_ACCOUNT |
| **Date Assigned** | Sep 15, 2016 | **Account Number** | xxxxxx 72 |
| **Original Amount Owed** | $1,089 | **Creditor Classification** | Retail |
| **Amount** | $1,089 | **Last Payment Date** | |
| **Status Date** | Jan 22, 2021 | **Date of First Delinquency** | Aug 19, 2016 |
| **Status** | UNPAID | | |

**Comments**

**Contact**

CAINE & WEINER COMPANY INC
5805 SEPULVEDA BLVD. 4TH FLOOR
SHERMAN OAKS, CA  91411
1-818-226-6000



Exhibit 8

Savings Alerts & Credit Offers

(855) 273-8512

Date ~~~~~~ 26, 2021





**Date Reported:** Jan 22, 2021

| | | | |
|---|---|---|---|
| **Collection Agency** | CAINE & WEINER COMPANY INC | **Balance Date** | Jan 22, 2021 |
| **Original Creditor Name** | PODS | **Account Designator Code** | INDIVIDUAL_ACCOUNT |
| **Date Assigned** | Sep 15, 2016 | **Account Number** | ######72 |
| **Original Amount Owed** | $1,089 | **Creditor Classification** | RETAIL |
| **Amount** | $1,089 | **Last Payment Date** | |
| **Status Date** | Jan 22, 2021 | **Date of First Delinquency** | Aug 19, 2016 |
| **Status** | UNPAID | | |
| **Comments** | | **Contact** | |

CAINE & WEINER COMPANY INC
5805 SEPULVEDA BLVD. 4TH FLOOR
SHERMAN OAKS
CA
91411

Due to the nationwide impacts of the coronavirus (COVID-19), it may take us longer than usual to answer your call.

We are still processing complaints and you can check the status of an existing complaint online.



Consumer Financial Protection Bureau (https://www.consumerfinance.gov/)

◀ All complaints (.)

# 210420-6437296
**CLOSED**

*[Handwritten: Pod & Caine & Weiner Exhibit B (1-5)]*

✓ **Submitted**

**STATUS**
Submitted to the CFPB on 4/20/2021

**PRODUCT**
Debt collection

**ISSUE**
Attempts to collect debt not owed

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

### YOUR COMPLAINT

The debt was wrongly sold to Caine & Weiner Company Inc, the company sold the alleged debt was POD's. The debt is not owed and was satisfied back in 2017 when I paid the account fully which was required before I was able to have my household things returned to me which were the contents within the POD. The Pod was actually scheduled by and delivered to my home by POD. So now this alleged debt which has been fully paid since



2017 has been wrongfully sitting on my credit report causing me to be rejected and denied by various companies because of this wrongfully reported debt sitting on my account. They have caused me mental stress, caused me to pay higher interest rates and constantly insulted by rejection of things because of their incorrect record keeping...

**ATTACHMENTS**

theft pod.jpg (2.7 MB)
theft 2 pod.jpg (2.1 MB)
PAGE 2.docx (911.9 KB)
Validation pod.jpg (3.2 MB)
cease and desist pod.jpg (2.7 MB)
cert rect pod.jpg (2.1 MB)

View full complaint ⊕



## ✓ Sent to company

**STATUS**

Sent to company on 4/26/2021

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## ✓ Company responded

**STATUS**

Company responded on 5/8/2021

**RESPONSE TYPE**

Closed with explanation

## Company's Response

Exhibit B (2-5)

Our office received the account from the creditor PODS with respect to this consumer in September 2016 for recovery of money owed with respect to a portable storage unit rental. Please note the balance due is not owed to Caine & Weiner and that Caine & Weiner did not purchase the debt. Initial correspondence was sent to the consumer at that time. We were unable to reach the consumer by phone. There was no dispute activity on the account either verbal or written until our office received correspondence in February 2021. There was no prior indication of identity theft. Our records indicate that the creditor still shows the balance as due by the consumer. However, as part of our investigation based upon the information provided by the consumer our file was closed under a disputed status to allow for the consumer to work directly with the creditor to find a resolution for the dispute. We show no record of any current reporting to the credit bureaus and no current recovery activity on the account. We encourage the consumer to contact the creditor directly as their records still indicate a balance due. Our office can be reached at 818 902-4255 for additional assistance.



✓ **Feedback provided**

**STATUS**
Feedback provided on 5/8/2021

Exhibit B-5

**Your feedback**

**THE COMPANY'S RESPONSE ADDRESSED ALL OF MY ISSUES**
No

**ADDITIONAL COMMENTS**
There was no attempt to contact me because there was no need to contact me as I paid the amount owed and had the POD delivered to me at my home with my things included inside of the POD in 2017. They would have never returned my items to me unless the outstanding balance was paid. In addition this company is showing on my credit report with outstanding balance and the original creditor is showing as PODS and the current is showing as the company who responded. Please remove all the negative reports from my account as instructed as there is no outstanding balance due and they can simply verify this by calling the company to confirm that they delivered the POD to my home which is listed on my credit report.... The Alleged debt is NOT owed damn it as I have stated and this matter has been reporting negatively on my report for years causing harm to me and my family!!!!

**I UNDERSTAND THE COMPANY'S RESPONSE TO MY COMPLAINT**
No

**ADDITIONAL COMMENTS**

The POD with my items was scheduled and delivered to my home at 2385 Surrey Trail College Park, GA 30349. There is absolutely noooooo way I could've gotten my belongs back without first paying the outstanding debt. Again, there is absolutely no outstanding balance due and the only POD that I ever had was PAID FOR IN FULL IN 2017 before my belongings were delivered/returned to me. The POD was delivered to my home, I unpacked my belongings and they came back and picked up the empty POD... Please remove IMMEDIATLY ALL negative reporting's from my account that was placed there by your company and POD!!!!!

**THE COMPANY DID WHAT THEY SAID THEY WOULD DO WITH MY COMPLAINT**
No

## What happens now?

The complaint process is complete and your complaint is now closed.

We have taken the following additional actions on your complaint:

- We added your complaint to the CFPB's Consumer Complaint Database (http://www.consumerfinance.gov/data-research/consumer-complaints).
- Your feedback, and feedback from others, helps us understand how companies are addressing concerns raised by consumers in their complaints. We will also share your feedback with the company.
- We have also shared your complaint with the Federal Trade Commission, which will add your complaint to its database for state and federal law enforcement agencies.

We appreciate your participation in the complaint process and your feedback on the company's response. Both are important to us and consumers who may have similar issues and concerns.

*[handwritten: Exhibit B (4-5)]*

## ⊗ Closed

The CFPB has closed your complaint.



## ADDITIONAL TOOLS AND RESOURCES

Debt Collection (https://www.consumerfinance.gov/consumer-tools/debt-collection/)

---

**Privacy Act Statement**

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?
(855) 411-2372

*Exhibit B* (handwritten annotation)

 An official website of the United States Government

## **AFFIDAVIT OF TRUTH**

Notice to all I am stating that I am the following; CONSUMER, NATUAL PERSON, ORIGINAL CREDITOR, LENDER, EXECUTOR, ADMINSTRATOR, the holder in due course for any and all derivatives thereof for the surname/given name Gowers, CONSUMER. I have been appointed and accept being the Executor both public and private for all matters proceeding. I hereby claim that I will d/b/a CONSUMER, Gowers and autograph as the agent, attorney in fact, so be it.

Whereas, I being of age and of majority, give this herein notice to all I make solemn oath to the one and only Most High of Creation ONLY, whoever that may be and I depose the following facts, so be it both now and present.

1. Fact, The Fair Debt Collection Practices Act is intended to secure my right to privacy and my privacy has been breached so be it.
2. Fact, I am sure the removal of my information from your website, company record and any and all derivatives therefore, of and/or with any affiliates will ensure my privacy rights won't be violated again due to my lack of consent and this herein unrebutted Affidavit of Truth being serviced to you today and therefore, standing as truth in commerce, so be it.
3. Fact, please show good faith in this matter by expediting the securing of the alleged information listed on your site in order to avoid me receiving further injury, damages, mental anguish and losses due to me being a victim of identity theft, so be it.
4. Fact, affiant is aware and has proof in the attachment labeled as Exhibit A(1-4), B(1-5), C and D that Caine & Weiner Company Inc and POD's are in violation of 15 U.S. Code § 1692g - Validation of debts

   (c)ADMISSION OF LIABILITY The failure of a consumer to dispute the validity of a debt under this section may not be construed by any court as an admission of liability by the consumer.

5. Fact, affiant is aware and has proof in the attachment labeled as Exhibit A(1-4), B(1-5), C and D that Caine & Weiner Company Inc and POD's are in violation of 15 U.S. Code § 1681 - Congressional findings and statement of purpose

   (a)ACCURACY AND FAIRNESS OF CREDIT REPORTING The Congress makes the following findings:

   (2) An elaborate mechanism has been developed for investigating and evaluating the credit worthiness, credit standing, credit capacity, character, and general reputation of consumers.

1

Fact, affiant is aware and has proof in the attachment labeled as Exhibit A(1-4), B(1-5), C and D that Caine & Weiner Company Inc and POD's are in violation of 15 U.S. Code § 1681b - Permissible purposes of consumer reports

(B)Application by mail, telephone, computer, or other similar means

> (I)   that adverse action has been taken based in whole or in part on a consumer report received from a consumer reporting agency;

Fact, affiant is aware and has proof in the attachment labeled as Exhibit A(1-4), B(1-5), C and D that Caine & Weiner Company Inc and POD's are in violation of 15 U.S. Code § 1692.Congressional findings and declaration of purpose

(a)ABUSIVE PRACTICES

There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors.
Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.

Fact, affiant is aware and has proof in the attachment labeled as Exhibit A(1-4), B(1-5), C and D that Caine & Weiner Company Inc and POD's are in violation of 15 U.S. Code § 1692d - Harassment or abuse

A debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:

Fact, affiant is aware and has proof in the attachment labeled as Exhibit A(1-4), B(1-5), C and D that Caine & Weiner Company Inc and POD's are in violation of 15 U.S. Code § 1692e.False or misleading representations

A debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:

(2)The false representation of—

(A) the character, amount, or legal status of any debt; or

Fact, affiant is aware and has proof in the attachment labeled as Exhibit A(1-4), B(1-5), C and D that Caine & Weiner Company Inc and POD's are in violation of 15 U.S. Code § 1692f.Unfair practices

A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:

Fact, affiant is aware and has proof in the attachment labeled as Exhibit A(1-4), B(1-5), C and D that Caine & Weiner Company Inc and POD's are in violation of 15 U.S. Code § 1692g - Validation of debts

(a)NOTICE OF DEBT; CONTENTS Within five days after the initial communication with a consumer in connection with the collection of any debt, a debt collector shall, unless the following information is contained in the initial communication or the consumer has paid the debt, send the consumer a written notice containing—

(1) the amount of the debt;

(2)the name of the creditor to whom the debt is owed;

(3) A statement that unless the consumer, within thirty days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector;

(4)a statement that if the consumer notifies the debt collector in writing within the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and

(5)a statement that, upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

(b)DISPUTED DEBTS If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, the debt collector shall cease collection of the debt, or any disputed portion thereof, until the debt collector obtains verification of the debt or a copy of a judgment, or the name and address of the original creditor, and a copy of such verification or judgment, or name and address of the original creditor, is mailed to the consumer by the debt collector. Collection activities and communications that do not

otherwise violate this subchapter may continue during the 30-day period referred to in subsection (a) unless the consumer has notified the debt collector in writing that the debt, or any portion of the debt, is disputed or that the consumer requests the name and address of the original creditor. Any collection activities and communication during the 30-day period may not overshadow or be inconsistent with the disclosure of the consumer's right to dispute the debt or request the name and address of the original creditor.

(c) ADMISSION OF LIABILITY

The failure of a consumer to dispute the validity of a debt under this section may not be construed by any court as an admission of liability by the consumer.